UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERISIAN TRUST,<br><br>                Plaintiff,<br>v.<br><br>QUALITY LOAN SERVICES CORP., AURORA LOAN SERVICES and DOES 1 through 10,<br><br>                Defendants. | Civil No. 09cv396 JAH<br><br>**ORDER VACATING HEARING DATE** |

After a review of the pleadings submitted by the parties this Court finds defendant Aurora Loan Services' motion to dismiss [doc. #2] suitable for disposition without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the date of April 6, 2009 set for hearing defendant's motion is VACATED. This Court will issue its ruling on the motion in due course.

DATED: April 1, 2009

JOHN A. HOUSTON
United States District Judge